IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| R. MICHELLE LEWIS, *On Behalf of Herself and all Others Similarly Situated*, | § § § § | |
| Plaintiff, | § § | Civil Action No. 3:16-CV-0136-M |
| v. | § § | |
| PREFERRED IMAGING CENTERS, LLC, TOGGLE, LLC, and LISA BAIRD, | § § § | |
| Defendants. | § § | |

### ORDER TO SHOW CAUSE

Pursuant to the Court's Order Requiring Scheduling Conference and Report For Contents of Scheduling Order, entered February 18, 2016, the parties were ordered to confer and file with the Court a Joint Report on or before April 1, 2016. On April 4, 2016, the Plaintiff filed a "Joint Status Report," on behalf of both parties; however, this document does not explain to the Court why it was not filed timely.

Accordingly, by **April 12, 2016**, both Plaintiff and Defendant shall show good cause **in writing**, for their failures to comply with the Court's February 18, 2016 Order.

**SO ORDERED**.

DATED:   April 5, 2016.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS