IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| R. MICHELLE LEWIS, On Behalf of Herself and all Others Similarly Situated, | § § § § § | |
| Plaintiffs, | | |
| V. | § § | CIVIL ACTION NO. 3:16-cv-136-M |
| PREFERRED IMAGING CENTERS, LLC, TOGGLE, LLC, and LISA Baird | § § § § | COLLECTIVE ACTION |
| Defendants. | § | |

## JOINT SHOW CAUSE STATEMENT

Pursuant to the Court's Order to Show Cause (ECF No. 11), Plaintiff and Defendants (the "Parties") submit the following Joint Show Cause Statement.

Counsel for Parties timely conferred on the Report Regarding Contents of the Scheduling Order ("Joint Report"). Lead Counsel for Plaintiff, Allen Vaught ("Vaught"), delegated the finalization and filing of the Joint Report to a junior attorney. After a series of revisions, the Joint Report was ready for filing before the Court's deadline of Friday, April 1, 2016.

Counsel for Plaintiff told counsel for Defendants on April 1, 2016 that they would file the Joint Report with the Court that day. However, on Monday, April 4, 2016, counsel for Plaintiff realized they had mistakenly not filed the Joint Report by April 1, 2016 as required by the Court and immediately filed the Joint Report on April 4, 2016 after discovering the mistake (ECF No. 10).

As lead counsel for Plaintiff, Vaught accepts full responsibility for the failure to timely file the Joint Report by April 1, 2016.

Counsel for Defendants understood counsel for Plaintiffs would file the Joint Report before the expiration of the April 1, 2016 deadline, and are not responsible for the Joint Report not being filed by that deadline.

DATED: April 6, 2016.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: s/ Allen R. Vaught<br>Allen R. Vaught<br>Baron & Budd, P.C.<br>State Bar No. 24004966<br>Melinda Arbuckle<br>State Bar No. 24080773<br>Farsheed Fozouni<br>State Bar No. 24097705<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, Texas 75219<br>(214) 521-3605 – Telephone<br>(214) 520-1181 – Facsimile<br>avaught@baronbudd.com<br>marbuckl@baronbudd.com<br>ffozouni@baronbudd.com<br><br>ATTORNEYS FOR PLAINTIFFS | s/ Amanda M. Inabnett<br>Amanda M. Inabnett<br>Gray Reed & McGraw, P.C.<br>Texas Bar No. 24012883<br>Ruth Ann Daniels<br>Texas Bar No. 15109200<br>Marcus Fettinger<br>Texas Bar No. 24078500<br>4600 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, Texas 75201<br>(214) 954-4135 – Telephone<br>(214) 953-1332 – Facsimile<br>ainabnett@grayreed.com<br>rdaniels@grayreed.com<br>mfettinger@grayreed.com<br><br>ATTORNEYS FOR DEFENDANTS PREFERRED IMAGING CENTERS, LLC, TOGGLE, LLC, AND LISA BAIRD |

## CERTIFICATE OF SERVICE

On April 6, 2016, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically.

s/Allen R. Vaught
Allen R. Vaught
