IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| R. MICHELLE LEWIS, *On Behalf of Herself and all Others Similarly Situated*, | § § § | |
| Plaintiff, | § § | Civil Action No. 3:16-CV-0136-M |
| v. | § § | |
| PREFERRED IMAGING CENTERS, LLC, TOGGLE, LLC, and LISA BAIRD, | § § § | |
| Defendants. | § § | |

## ORDER

The parties' Joint Show Cause Statement, filed April 6, 2016, satisfies the Court's Order of April 5, 2016. No further action is necessary.

**IT IS SO ORDERED.**

DATED: April 8, 2016.

*/s/ Barbara M. G. Lynn*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS